464 A.2d 520

Commonwealth v. Moll, Appellant.

Submitted April 26, 1983.

Arnold Dranoff, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before ROWLEY, WIEAND and POPOVICH, JJ.

Judgment of sentence affirmed.

POPOVICH, J. filed a memorandum dissenting statement.